# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:07-cr-00032-MR-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **RODNEY LAMONT ALLEN.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reconsideration of the Court's Order entered April 25, 2013, which denied the Defendant relief pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure [Doc. 271].

Upon considering the Defendant's Motion and the arguments raised therein, the Court denies the Defendant's request for reconsideration.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reconsideration [Doc. 271] is **DENIED**.

**IT IS SO ORDERED**. Signed: June 8, 2013

Martin Reidinger
United States District Judge