# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:07-cr-32

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **RODNEY LAMONT ALLEN** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's pro se Motions for Reduction of Sentence filed pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendments 780 and 782 (Nov. 1, 2014). [Docs. 304, 306].

It appears to the Court that the Defendant has stated a colorable basis for relief in his Motions. In addition, the Probation Office has submitted a supplement to the Defendant's Presentence Report indicating that he may be entitled to immediate release. [Doc. 309]. Based thereon, the Court determines that the United States Attorney and the Federal Defenders of WNC, Inc., should provide the Court with their respective positions regarding the Defendant's Motions.

**IT IS, THEREFORE, ORDERED** that no later than seven (7) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc., shall file pleadings responsive to Defendant's Motions for

Reduction of Sentence.

**IT IS SO ORDERED.**

Signed: March 25, 2015

Martin Reidinger
United States District Judge